# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Barbara J. Renneker,
    Plaintiff

-vs-                                          Case No. 1:10-cv-386

Commissioner of Social Security,
    Defendant

## JUDGMENT

|  | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

      **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED** as modified.  Plaintiff's motion for an award of attorney fees is granted in the amount of $9,367.12, payable to plaintiff.


Date: January 4, 2012                              James Bonini, Clerk

                                                        By: s/Mary C. Brown
                                                         Mary C. Brown, Deputy Clerk